UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------- :

**RAHMAN**

                          **Plaintiff**  :      **I:26-cv-3029 (ALC)**

        -against-         :      <u>ORDER</u>

**MULLIN ET AL**             :

             **Defendants.**  :

-----------------------------x

**ANDREW L. CARTER, JR, United States District Judge:**

Following up from the May 5, 2026 telephonic conference, the Parties are ORDERED to provide a joint status report by May 12, 2026.

**SO ORDERED.**

**Dated:**  May 5, 2026

      **New York, New York**

                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**