UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------

RAHMAN

                              Plaintiff          I :26-cv-3029 (ALC)

        -against-                                ORDER

MULLINET AL

                              Defendants.

----------------------------------x

**ANDREW L. CARTER, JR, United States District Judge:**

On May 13, 2026, the Court ordered the Parties to file a joint status report by May 26, 2026. The status report is over due. The Parties are ORDERED to file a joint status report by May 28, 2026 with the status of this case, including whether an interview has been scheduled by USCIS.

SO ORDERED.

Dated:  May 27, 2026
        New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge